No. 92–1140.  BROWNING ET AL. *v.* BOATMEN'S BANK OF BENTON ET AL.  App. Ct. Ill., 5th Dist.  Certiorari denied.

No. 92–1141.  HURD *v.* HURD.  App. Ct. Mass.  Certiorari denied.

No. 92–1146.  POWELL *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 92–1148.  BARKLEY *v.* RKO PICTURES, INC.  Ct. App. Okla.  Certiorari denied.

No. 92–1152.  WESTERN GAS RESOURCES, INC., SUCCESSOR IN INTEREST TO WESTERN GAS PROCESSORS, LTD. *v.* HEITKAMP, TAX COMMISSIONER OF NORTH DAKOTA.  Sup. Ct. N. D.  Certiorari denied.

No. 92–1153.  PICKREL *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–1154.  O'HARA ET AL. *v.* KOVENS, PERSONAL REPRESENTATIVE OF THE ESTATE OF KOVENS, ET AL.  Ct. Sp. App. Md.  Certiorari denied.

No. 92–1155.  INDIANA DEPARTMENT OF FINANCIAL INSTITUTIONS ET AL. *v.* MILLER ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 92–1160.  WARD *v.* OFFICE OF PERSONNEL MANAGEMENT ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 92–1161.  SKUBAL *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 92–1162.  9221 ASSOCIATES ET AL. *v.* INDUSTRIAL STATE BANK.  C. A. 8th Cir.  Certiorari denied.

No. 92–1167.  BUSH *v.* ZEELAND PUBLIC SCHOOLS ET AL.  Sup. Ct. Mich.  Certiorari denied.

No. 92–1171.  McLINN *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.